**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 01-6989**

―――――――――

MALCOM MAXWELL RYIDU, a/k/a Richard Edward
Janey,

                                    Plaintiff - Appellant,

        versus

WESTERN CORRECTIONAL INSTITUTION; JON P.
GALLEY, Warden; BRUCE A. LILLER, Psychology
Associate II,

                                    Defendants - Appellees.

―――――――――

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Alexander Harvey II, Senior District Judge.
(CA-01-51-H)

―――――――――

Submitted:  October 18, 2001        Decided:  October 26, 2001

―――――――――

Before MOTZ and GREGORY, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

Malcom Maxwell Ryidu, Appellant Pro Se.  John Joseph Curran, Jr.,
Attorney General, Gloria Wilson Shelton, OFFICE OF THE ATTORNEY
GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

―――――――――

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Malcolm Maxwell Ryidu appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2001) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Ryidu v. Western Corr. Inst.</u>, No. CA-01-51-H (D. Md. May 30, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2